Alter & Associates, Inc., Plaintiff-Appellant, v. Joseph Zylvitis and Jeanne L. Zylvitis, Defendants-Appellees.

Gen. No. 48,703. (Abstract of Decision.)

First District, First Division.

June 25, 1962.

Rehearing denied July 16, 1962.

Joseph Ash and George J. Anos, of Chicago (Howard Harris, of counsel), for appellant; Edward M. Platt, of Chicago, for appellees. Opinion by MR. JUSTICE MURPHY. Not to be published in full.